Official Form 6D (12/07)

| In Re: | Tatmon, Sharon Yvonne | Case No. | 09-46089 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# AMENDED
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number:<br>BAC Home Loans Servicing, LP<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | | J | June 9, 2006<br>1st Deed of Trust<br>Single Family Residence<br>812 Windward Drive<br>Rodeo, CA 94572-2029<br>VALUE $ 316,000.00 | | | | 535,000.00 | 219,000.00 |
| Account Number:<br>Citifinancial<br>P.O. Box 6931<br>The Lakes, NV 88901-6931 | | | Debt incurred in 2005.<br>Loan to purchase vehicle.<br>812 Windward Drive<br>Rodeo, CA 94572<br>VALUE $ 7,000.00 | | | | 10,775.87 | |
| Account Number:<br>Washington Mutual Bank<br>P.O. Box 78148<br>Phoenix, AZ 85062-8418 | | | 2nd Deed of Trust<br>812 Windward Drive<br>Hercules, CA 94572-2029<br>(Will be Lien Stripped)<br>VALUE $ | | | | 27,000 | 27,000 |
| | | | Subtotal<br>(Total of this page) | | | | $572,775.87 | $246,000.00 |
| | | | Total<br>(Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__1__ continuation sheets attached

Case: 09-46089    Doc# 16    Filed: 11/18/09    Entered: 11/18/09 22:17:40    Page 1 of 4

Official Form 6D (12/07)

In Re: Tatmon, Sharon Yvonne  Case No. 09-46089
**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: <br> Internal Revenue Service <br> P.O. Box 9019 <br> Holtsville, NY 11742-9019 | | | December 31, 2007 <br><br> VALUE $ | | | | 1,828.68 | |
| Account Number: | | | VALUE $ | | | | | |
| Account Number: | | | VALUE $ | | | | | |
| Account Number: | | | VALUE $ | | | | | |
| Account Number: | | | VALUE $ | | | | | |
| Account Number: | | | VALUE $ | | | | | |
| Account Number: | | | VALUE $ | | | | | |
| | | | Subtotal (Total of this page) | | | | $1,828.68 | $0.00 |
| | | | Total (Use only on last page) | | | | $574,604.55 | $246,000.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Case: 09-46089   Doc# 16   Filed: 11/18/09   Entered: 11/18/09 22:17:40   Page 2 of 4

Official Form 6F (12/07)

In Re: Tatmon, Sharon Yvonne  Case No. 09-46089
**Debtor** (if known)

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>HFC<br>P.O. Box 60101<br>City of Industry, CA 91716-0101 | | w | Line of credit | | | | 13,224.76 |
| Account Number:<br>Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | | w | June, 2006<br>Credit card purchases. | | | | 28,745.66 |
| Account Number:<br>Citi Cards<br>P.O. Box 6940<br>The Lakes, NV 88901-6940 | | w | Credit Card purchases | | | | 3,500.00 |
| Account Number:<br>1st United Services Credit Union<br>P.O. Box 11746<br>Pleasanton, CA 94588 | | w | Credit Card - Visa - purchases | | | | 5,100.00 |
| | | | | | | Subtotal | $50,570.42 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

1 continuation sheets attached

Case: 09-46089   Doc# 16   Filed: 11/18/09   Entered: 11/18/09 22:17:40   Page 3 of 4

Official Form 6F (12/07)

In Re: Tatmon, Sharon Yvonne    Case No. 09-46089
**Debtor**                              (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>GE Money Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | | w | Credit Card purchases | | | | 2,880.55 |
| Account Number:<br>Capital One<br>P.O. Box 247001<br>Omaha, Nebraska 68124-7001 | | w | Credit card purchases | | | | 1,000.00 |
| Account Number:<br>HSBC Card Services<br>P.O. Bxp 60102<br>City of Industry, CA 91716-0102 | | w | Credit card purchases | | | | 2,300.00 |
| Account Number:<br>Acs, Inc.<br>P.O. Box 7051<br>Utica, NY 13504-7051 | | w | Student Loan. | | | | 38,000.00 |
| Account Number: | | w | | X | | X | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |

Subtotal $44,180.55

Total $94,750.97
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no.  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims