1 Martha G. Bronitsky
Chapter 13 Standing Trustee
2 24301 Southland Dr #200
Hayward, CA 94545-1541
3 (510) 266- 5580
4 13trustee@oak13.com
5 Trustee for Debtor(s)

Entered on Docket
December 02, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 02, 2009



_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Sharon Yvonne Tatmon

Chapter 13 Case No. 09-46089-LT 13

Hearing: 11/20/09
Time: 9:00 a.m.
Courtroom: 201

debtor(s)

**ORDER DISGORGING ATTORNEY'S FEES**

A hearing was held regarding the Chapter 13 Standing Trustee's Motion to Examine Fees. Duane Tucker, Esq. appeared on his own behalf. Martha G. Bronitsky, Esq. Chapter 13 Trustee appeared on her own behalf. The debtor was present.

Good cause appearing, IT IS ORDERED:

Mr. Tucker shall return $1,500 directly to the debtor. He shall pay the debtor $500 per month for three months. The debtor must inform the Chapter 13 Trustee if the funds are not returned. Mr. Tucker shall not be entitled to any further fees through the plan without application and Order by the Court. The Court retains jurisdiction of this case to enforce this order.

## COURT SERVICE LIST

ALL RECIPIENTS