DUANE L. TUCKER   (State Bar No. 88199)
Law Offices of Duane L. Tucker
P.O. Box 43061
Oakland, CA 94624
Telephone: (510) 670-0668
Facsimile: (510) 217-3657

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:,                                    )   Case No.   09-46089
                                           )
                                           )   Chapter  13
SHARON YVONNE TATMON                       )
                                           )
          DEBTOR.                          )   MOTION TO VALUE COLLATERAL;
-------------------------------------------)   MEMORANDUM OF POINTS AND
                                               AUTHORITIES

　　　　Pursuant  to F.R.B.P. 3012, the Debtor, Sharon Yvonne Tatmon,, moves the Court for an order to determine the value of real property in Debtors' estate and to issue an order that Homecoming Financial Network' (formerly WaMu) lien on Debtors' real property is not a secured claim within the meaning of 11 U.S.C. § 506.

　　　　1. The Debtor commenced this case on July 8, 2009.

　　　　2. Among the assets at the commencement of the case was real property owned by the Debtor commonly known as 812 Windward Drive, Rodeo, CA 94572 (the "Property").

　　　　3. Creditor, Homecoming Financial Network,  is the holder of a lien against the Property in the principle amount of approximately $27,000.  Homecoming Financial Network has not filed a proof of claim.  Debtor has a mortgage statement from the servicer (WaMu, Exhibit A)

showing the loan balance of $26,701.73 ("the Lien") and estimates of property value of $284,000 (Zillow) and $280,665 (Cyberhomes). See Exhibit B.

4. The Property is subject to a lien held by Bank of America (the "Senior Lien") which is senior to the Lien sought to be avoided. Bank of America has also not filed a proof of claim so attached as Exhibit "C" is a mortgage statement showing a loan balance of $535,772.26.

5. Debtor's attest that the value of the Property as stated in his Declaration in Support of this Motion to Value Property is $284,000. This value is based on talks with local real estate agents and Zillow.com. The Zillow value is attached as Exhibit "B" hereto.

6. The Senior Lien held by Bank of America is more than the value of the Property.

7. This matter is governed by Bankruptcy Local Rule 9014-1(b)(3). Any objection to the requested relief, or a request for hearing on this matter, must be filed with the Clerk of the Bankruptcy Court, 1300 Clay Street, Suite 300, Oakland, CA 94612 and served upon Duane L. Tucker, Attorney for Debtor, within 28 days of mailing of the notice. A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.

Any objection not timely and served shall be deemed waived. If there is not a timely objection to the requested relief or a request for a hearing, the Court may enter an order granting the relief by default.

Wherefore, the Debtors pray that pursuant to F.R.B.P. 3012 the Court determine the Lien held by Homecoming Financial Network is unsecured within the meaning of 11 U.S.C. § 506 and that the Lien be declared null and void as to the property effective upon completion of the Debtors' Chapter 13 Plan.

Dated: March 15, 2010                    __/s/ Duane L. Tucker_
                                              Duane L. Tucker

# EXHIBIT A

# Home Loan Statement
# December 2008

**WaMu**

Customer Service: Toll free 1.866.926.8937 Se habla español
TDD: Dial 7-1-1 for relay assistance
For a refinance or purchase loan, call 1.866.888.5935
www.wamu.com

#BWNCLNN
#29069191469070944#
20090901 B8P 0-12 1-2
SHARON TATMON
812 WINDWARD DR
RODEO CA 94572-2029

10087710

| Statement Date: | December 31, 2008 |
| --- | --- |
| Activity Since: | November 18, 2008 |
| Your Loan Number: | 0691146070 |

### Your Property and Loan Information

| Property Address: | 812 WINDWARD DR |
| --- | --- |
| | RODEO CA 94572 |
| Principal Balance: | $ 26,701.73 |
| Interest Rate: | 13.37500% |
| Escrow Balance: | $ 0.00 |

### Your Next Payment

| Next Payment Due: | | January 01, 2009 |
| --- | --- | --- |
| Principal and Interest: | $ | 306.61 |
| Escrow: | $ | 0.00 |
| Current Payment: | $ | 306.61 |
| Plus | | |
| Past Due Payment(s): | $ | 306.61 |
| Unpaid Late Charges: | $ | 18.40 |
| Total Amount Due :* | $ | 631.62 |

### Did You Know?

For details about your home loan, visit us at www.wamu.com. Check recent transactions, order copies of your loan documents, view your current principal balance, or use one of the many helpful loan calculators. If you're a first time user, simply click on "My Home Loan" and follow the prompts to register by selecting a User ID and Password.

### Year to Date Account Activity

| Principal Paid: | $ | 96.04 |
| --- | --- | --- |
| Interest Paid: | $ | 3,280.24 |
| Property Taxes Paid: | $ | 0.00 |
| Insurance Paid: | $ | 0.00 |
| Late Charges Paid to Date: | $ | 184.00 |

### Important Messages

Your WaMu account was recently acquired by JPMorgan Chase Bank, N.A. See enclosed Privacy Policy. If you are a new Chase customer you need to contact us to exercise your privacy preferences.

* To avoid a late charge of $18.40, we must receive your payment of principal, interest, and any escrow deposits and/or past-due payments by 01/16/09 during our business hours. If this date falls on a weekend or holiday, your payment must be received by the next business day.

Please see the reverse side for Recent Account Activity.

---

7760 0202   J6G   001   07   0   080901   PAGE 1 of 4

**WaMu**   156-B

SHARON TATMON

| Loan Number: | 0691146070 |
| --- | --- |
| Statement Date: | December 31, 2008 |

Please write your loan number on your check.
Make check payable to Washington Mutual.

☐ Please check here if change of address or telephone number is indicated on the reverse side of this form.

WASHINGTON MUTUAL
PO BOX 78148
PHOENIX AZ 85062-8148

Washington Mutual Bank   156-B   FDIC
COLD0056B   10087710

Please allow 7-10 days for postal delivery.

| Payment Due Date: | | January 01, 2009 |
| --- | --- | --- |
| Current Payment: | $ | 306.61 |
| Total Amount Due: | $ | 631.62 |
| If Received After: | | January 16, 2009 |
| Total Amount Plus Late Charges: | $ | 650.02 |

| Late Charges | + | |
| --- | --- | --- |
| Additional Principal | + | |
| Additional Escrow | + | |
| Future Payments | + | |
| Total Amount Enclosed | = | |

Case: 09-46089   Doc# 26   Filed: 03/15/10   Entered: 03/15/10 19:26:56   Page 4 of 12

# EXHIBIT B

**812 Windward Dr**
Rodeo CA 94572

4 beds, 2.0 baths, 1,530 sq ft
**Zestimate®: $284,000**

Find out more from an agent
**My Estimate:**

**Monthly Payment: $ 1,164** edit
Refinance Rates Now On Sale

**Bird's Eye View**



See a

**Home Info**
**Public Facts:**
- Single family
- 4 beds
- 2.0 bath
- 1,530 sqft
- Lot 7,820 sqft
- Built in 1973

**Neighborhood**
**Nearby Schools:**

**District:**
West Contra Costa ...
**Primary:**
Lupine Hills Element ...
**Middle:**
Hercules Middle
**High:**
Hercules Middle/High ...

See more Rodeo schools

**Charts & Data**

An agent from Prudential California/Nevada Realty will contact you about this home.

First Name*

Last Name*

Email Address*

Phone Number*
(      )      -         ext.

See all charts & data
**ZESTIMATE®: $284,000**
Value Range: $221,520 -

Case: 09-46089    Doc# 26    Filed: 03/15/10    Entered: 03/15/10 19:26:56    Page 6 of 12

$312,400
30-day change: **-$10,500**
*Zestimate updated: 11/18/2009*

**Last sale and tax info**

**Sold 04/23/1991:**
    $182,000
**2009 Property Tax:**
    $3,447

: 17 – Car-Dependent

I am*
Please Choose One

Message (optional)

Or call (888) 827-4610

Prudential
California Realty

**Street Map**

**812 Windward Drive, Rodeo, CA**
    Bird's eye view and larger map for 812 Windward Dr
    Edit map location for 812 Windward Dr

**Alternate Addresses**
812, windward, dr, driv, drive, drv, rodeo, ca, calif, california, 94572



Personalized Homepage   Saved Searches   Sign up   Sign in

**cyberhomes**   HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | CREDIT | ABOUT OUR DATA

Homes For Sale    812 Windward Dr, Rodeo, CA 94572          Search options

**Home**

## 812 Windward Dr, Rodeo, CA 94572

Back to search results    Prev    Next

Estimate: **$280,665**

Change over last month: **$14,751**

Estimate Range: **$252,598 – $322,764**
Last Update: **November 10, 2009**

**MARKET FORECAST**   See how much home prices are expected to **decrease** in this Neighborhood in the coming months. **Get Full Report**.

Mortgage rates: As low as 3.60% APR. Lock in today

### Estimated Home Value
About...

Compared to: ☑ ZIP 94572  ☑ Rodeo  ☑ CA
Change over: **1 year** | All

[Chart: This House, 94572, Rodeo, CA — Jan '07 through Oct '09, values $218k–$678k]

### Home Facts

| | |
|---|---|
| Estimate Range | $252,598 – $322,764 |
| Bedrooms | 4 |
| Bathrooms | 2 |
| Living Area | 1,530 Sq feet |
| Lot Size | 7,820 Sq feet |
| Type | Single Family |
| Parcel | 358-101-003 |
| County | Contra Costa |
| Year Built | 1973 |
| Total Rooms | 9 |
| Heating | — |
| Cooling | — |
| Number of Stories | — |
| Legal Description | TRACT 4325 LOT 33 |

### Sales and Tax Info

| Tax Year | Improvements + Land | Total |
|---|---|---|
| 2008 | $126,321 + $123,575 = | $249,896 |
| 2007 | $123,845 + $121,152 = | $244,997 |
| 2006 | $121,417 + $118,777 = | $240,194 |
| 2005 | $119,037 + $116,449 = | $235,486 |

**Neighborhood**

Rodeo, CA 94572

[Aerial map showing homes with estimated values: $299k, $249k, $278k, $258k, $305k, $261k, $261k, $304k, $519k, $281k, $259k, $298k]

© 2009 Digital Map Products

Distressed Homes    Homes

Choose a topic to view as heatmap:
[None ▼]

**Home Equity Rates for 94572**   Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 5.78% | 5.78% |
| $30K home equity loan | 8.5% | 8.5% |
| $75K home equity loan | 8.5% | 8.5% |
| $50K home equity loan | 8.5% | 8.5% |
| $50K HELOC | 5.28% | 5.28% |

94572    Updated 11/16/2009

**Find lenders in your area**



-advertisement- (Allstate, Expedia, Banana Nut Cheerios ads)



- Free Credit Report
- Chat with an FHA Expert Now
- Calculate Closing Costs

- Free & Easy Moving Services
- Moving: people you must notify
- Find a Home Improvement Contractor

- Top-Rated & Pre-Screened Contractors
- Green Your Home
- Home Design Trends

**Credit Report** Powered by Experian

**What is this?**

Do you know what your credit score is?  **680**



**Comparable Homes**

These are homes with characteristics similar to the home you are looking at that have been sold recently. They are important for understanding home market trends.

| | | |
|---|---|---|
| This Home | Estimate: | $280,665 |
| | Living Area: | 1,530 sq. ft. |
| | Last Sale Date: | — |
| Comparables | Avg. Sales Price: | $288,660 |
| | Avg. Living Area: | 1,476 sq. ft. |

**921 Viewpoint Blvd**
Sold for: **$275,000** on 5/18/2009
4 br   2 ba   Living Area: **1351 sq. ft.**

**805 Ketch Ct**
Sold for: **$317,000** on 8/20/2008
4 br   2 ba   Living Area: **1304 sq. ft.**

**1056 Sandpoint Dr**
Sold for: **$275,000** on 1/8/2009
4 br   2 ba   Living Area: **1364 sq. ft.**

**1111 Dennis Ct**
Sold for: **$335,000** on 1/22/2009
4 br   2 ba   Living Area: **1423 sq. ft.**

**121 Bonita Ct**
Sold for: **$242,500** on 8/21/2009
4 br   2 ba   Living Area: **1405 sq. ft.**

**1011 Coral Ridge Cir**
Sold for: **$300,000** on 4/13/2009
4 br   2 ba   Living Area: **1405 sq. ft.**

**831 Sandy Cove Dr**
Sold for: **$269,000** on 3/7/2008
4 br   2 ba   Living Area: **1401 sq. ft.**

**707 Windward Ct**
Sold for: **$300,000** on 1/21/2009
4 br   2 ba   Living Area: **1423 sq. ft.**

**825 Bodega Way**
Sold for: **$320,000** on 10/1/2008
4 br   2 ba   Living Area: **1530 sq. ft.**

View all comparables

**812 Windward Dr, Rodeo, CA 94572 Compared to...**

**Comparable Homes**   ZIP 94572

### Median Market Price and Total Home Sales
About...
Change over: **1 year** | All



### Median Price by Living Area
About...
Change over: **1 year** | All



### Median Price per Bedroom
About...
Change over: **1 year** | All



**HGTV's FrontDoor.com**



Video Courtesy of FrontDoor.com, the Real

-advertisement-

If you're in the market for a new house, or just want to know what your dream home is worth, get property details and house values with the "Find My Home" search function. Is your dream house at 812 Windward Dr, Rodeo, CA 94572? Enter whatever address you're looking for and get the

details you want. Get local housing information, interactive maps, school ratings, and even quality of life information. You'll also be able to see how the value of the home you want stacks up to other homes in the neighborhood. With the right information, you can make an informed decision about your next home purchase.

| Prev | Back to search results | Next |

-advertisement-
**Get Bids from Contractors, Designers, Electricians & More!**

NTFactor® YOU CAN TAKE CHARGE OF YOUR HEALTH. Get Your Free 7 Day Sample

| Quick Links | Good Reading & Blog | All About | About Us |
|---|---|---|---|
| Homepage | Buying a Home | Getting Started | Company Info |
| Market Forecast | Selling a Home | Finding a Place | |
| Biggest Markets | Owning a Home | Viewing and Evaluating a Place | |
| Coverage Area | Moving to a Home | Glossary | |
| Site Map | Real Estate Markets | Advertise with Us | |
| | Cyberhomes Blog | | |

**cyberhomes** — *find the right neighborhood. Find the right home.*

Terms of Use | Privacy Policy | Copyright © 2009 LPS Real Estate Group
Cyberhomes and Cyberhomes.com are trademarks of FNRES Holdings, Inc. All Rights Reserved. Build 6.14.11

**Real Estate Markets**

| San Francisco real estate | Miami real estate | San Jose real estate | Arizona real estate | Massachusetts real estate | Georgia real estate |
| New York City real estate | Philadephia real estate | Chicago real estate | California real estate | New Jersey real estate | Ohio real estate |
| Los Angeles real estate | Phoenix real estate | Atlanta real estate | Florida real estate | Pennsylvania real estate | Minnesota real estate |
| Orlando real estate | San Diego real estate | Las Vegas real estate | Illinois real estate | Texas real estate | Other local real estate |

# EXHIBIT C



**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 04/29/2009
**Account Number 143600722**
Property address
812 Windward Drive

**INTEREST-ONLY LOAN**
**MONTHLY STATEMENT**
**(During the Interest-Only**
**Period)**

0165463 01 AT 0.346 **AUTO T5 0 1593 94572-2029
PO A4 AM 0101----0--2-7- C0000090 IN 1 P65629

SHARON Y TATMON
812 Windward Dr
Rodeo CA 94572-2029

### IMPORTANT NOTICE

**BAC Home Loans Servicing, LP services your home loan on behalf of the holder of your note (Noteholder). This is to advise you that your account remains seriously delinquent.**

If we do not hear from you immediately, we will have no alternative but to take appropriate action to protect the interest of the Noteholder in your property. This action may include returning payments that are less than the total amount due.

**Please give this matter your most urgent attention.** Please pay the total amount due immediately. BAC Home Loans Servicing, LP will proceed with collection action until your account is brought fully current, and you will be responsible for all cost incurred in this process to the full extent permitted by law.

If you are unable to bring your account current, please contact us at **1-800-669-6654**.

Sincerely,

LOAN SERVICING
Loan Counselor

### Your Payment Choices This Month

The amounts listed below are total payments, including amounts collected for escrow items such as taxes and insurance premiums. You can also pay additional Principal any month in any amount, by specifying "Additional Principal" in the payment coupon.

| Payment Information | Total Payment Amount** | Principal/and or Interest Payment | Outstanding Late Charges |
|---|---|---|---|
| Interest Only Payment *** | $3,327.15 | $2,567.24 | 851.88 |
| 15-Year Amortized Payment Choice | This Payment Choice is not available this month. | | |
| Amortized Payment Choice | This Payment Choice is not available this month. | | |

Please note: Amounts above may change based on payments made, received or returned before or after this statement was created.
**Outstanding late charges up to $400.00 are reflected in the payment choice amount.
*** The **Amortized & 15-year Amortized Payment** Choice (Amortized Payment Choices) amounts are based on the assumption that these payments will always be received on the scheduled **due date**. You are not required to pay these amounts. The extra amount of Principal included with each of these alternative Amortized Payment Choices will be applied as a partial Prepayment of Principal on the date the payment is received. The interest portion of your payment will be applied as of the scheduled due date. The Amortized Payment is similar to, but not identical to the Interest and Principal payment that you will be required to make after the Interest-Only Period ends. When that happens, your Interest and Principal payments will be applied to your loan as of the scheduled due date. The Amortized Payment Choices will reduce your principal balance and the amount of interest you will pay over the life of this loan. These Amortized Payment Choices are provided to you as an additional service, but by no means are you limited to these choices when it comes to the amount of partial prepayments of principal that you may select on your own.
IMPORTANT NOTE: Be sure you review any prepayment penalty provision you may have in your loan. Depending on the amount of any partial Prepayments and when you make them, you may owe a prepayment charge at the time you payoff your loan.

### Your Home Loan Snapshot as of April 29, 2009

| | | | |
|---|---|---|---|
| Loan type | Conv Adj Rate Mtge | Payment Due Date: | 05/01/2009 |
| Principal balance | $535,772.26 | Past Due Payment Amount | $14,679.28 |
| Escrow balance | -$908.61 | Fees Due | $55.00 |
| Interest rate | 5.750% | Late Charge if payment is received after 05/16/2009 | $128.36 |

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.　　BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.